# Exhibit 1

| Ref | Name | Subscribers | Infringement URL | Original Source | Registration Status | Title of Work | PA Registration / Application Number | CLAIMANT | Videographer | CMI Claim | Statutory damages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | MILENIO | 6.59M | https://www.youtube.com/watch?v=wTkm1HSd1pk | https://www.youtube.com/watch?v=N7ce0TUdiGc | Registered | Hurricane Beryl Landfall Carriacou raw power 4k - Eye wall of category 4 | PA 2-489-870 | WxChasing | Brandon Clement & Jonathan Petramala | Yes | Yes |
| 2 | MILENIO | 6.59M | https://www.youtube.com/watch?v=vIxbBnnFAM0 | https://www.youtube.com/watch?v=N7ce0TUdiGc | Registered | Hurricane Beryl Landfall Carriacou raw power 4k - Eye wall of category 4 | PA 2-489-870 | WxChasing | Brandon Clement & Jonathan Petramala | Yes | Yes |
| 3 | MILENIO | 6,96M | https://www.youtube.com/watch?v=ZuSlCY-O0-8 | https://www.youtube.com/watch?v=N7ce0TUdiGc | Registered | Hurricane Beryl Landfall Carriacou raw power 4k - Eye wall of category 4 | PA 2-489-870 | WxChasing | Brandon Clement & Jonathan Petramala | Yes | Yes |
| 4 | MILENIO | 6,96M | https://www.youtube.com/watch?v=wg4v6Iw98R0 | https://www.youtube.com/watch?v=N7ce0TUdiGc | Registered | Hurricane Beryl Landfall Carriacou raw power 4k - Eye wall of category 4 | PA 2-489-870 | WxChasing | Brandon Clement & Jonathan Petramala | Yes | Yes |
| 5 | MILENIO | 6,96M | https://www.youtube.com/watch?v=p5U2EMf94Dc | https://www.youtube.com/watch?v=N7ce0TUdiGc | Registered | Hurricane Beryl Landfall Carriacou raw power 4k - Eye wall of category 4 | PA 2-489-870 | WxChasing | Brandon Clement & Jonathan Petramala | Yes | Yes |
| 6 | MILENIO | 6.95M | https://www.youtube.com/watch?v=2VZXbz6Vm2I | https://www.youtube.com/watch?v=N7ce0TUdiGc | Registered | Hurricane Beryl Landfall Carriacou raw power 4k - Eye wall of category 4 | PA 2-489-870 | WxChasing | Brandon Clement & Jonathan Petramala | Yes | Yes |
| 7 | MILENIO | 6,96M | https://www.youtube.com/watch?v=t_Grc-FE7SU | https://www.youtube.com/watch?v=nC0_IAKOFOA | Registered | 07-08-2024 Sargent Beach, TX - Storm Surge and Damage | PA 2-489-391 | Brian Emfinger | Brian Emfinger | No | Yes |
| 8 | MILENIO | 6,96M | https://www.youtube.com/watch?v=ZEFlIPXPOn8 | https://www.youtube.com/watch?v=nC0_IAKOFOA | Registered | 07-08-2024 Sargent Beach, TX - Storm Surge and Damage | PA 2-489-391 | Brian Emfinger | Brian Emfinger | No | Yes |
| 9 | MILENIO | 6.95M | https://www.youtube.com/watch?v=r3zSjcqv5g0 | https://www.youtube.com/watch?v=bdpa0y2hHXU | Registered | 9.28.2022 Hurricane Ian Florida Coast Surge | PA 2-388-966 | Reed | Reed Timmer | No | Yes |
| 10 | MILENIO | 6.95M | https://www.youtube.com/watch?v=kvjyHNzOjvA | https://www.youtube.com/watch?v=bdpa0y2hHXU | Registered | 9.28.2022 Hurricane Ian Florida Coast Surge | PA 2-388-966 | Reed | Reed Timmer | No | Yes |
| 11 | MILENIO | 6.95M | https://www.youtube.com/watch?v=0YWUabPC77Y | https://www.youtube.com/watch?v=qCrwKXNlmK0 | Registered | 12-25-22 Buffalo Blizzard | PA 2-401-400 | BACKUP CLAIMANT | Brandon Clement | Yes | Yes |
| 12 | MILENIO | 6.95M | https://www.youtube.com/watch?v=5UEMa1bdUXI | https://www.youtube.com/watch?v=qCrwKXNlmK0 | Registered | 12-25-22 Buffalo Blizzard | PA 2-401-400 | LSM | Brandon Clement | Yes | Yes |
| 13 | MILENIO | 6,96M | https://www.youtube.com/watch?v=X-WhIlobYS0 | https://x.com/AaronRigsbyOSC/status/1810440300508381382?s=19 | Registered | If you ever want a crash course on what not to do during a Flash Flood. Just visit Houston, | PA 2-501-173 | Aaron Rigsby | Aaron Rigsby | No | Yes |
| 14 | MILENIO | 6,96M | https://www.youtube.com/watch?v=X-WhIlobYS0 | https://x.com/bclemms/status/1810245740897206413 | Registered | Hurricane Beryl Vs. Buc-ee's Sign - Twitter | PA 2-490-060 | Jonathan Petramala | Brandon Clement | No | Yes |
| 15 | MILENIO | 6.95M | https://www.youtube.com/watch?v=pH5Wvgfu62c | https://www.youtube.com/watch?v=bX6jUca6RsM | Awaiting Certificate | 9-27-2022 Pinar Del Rio, Cuba Hurricane Ian day eyewall roofs ripping | | LSM | Brandon Clement | Yes | No |
| 16 | MILENIO | 6.95M | https://www.youtube.com/watch?v=5UEMa1bdUXI | https://www.youtube.com/watch?v=0iIlJfdmYA | Registered | 12-25-22 Buffalo Blizzard | PA 2-401-400 | WxChasing | Brandon Clement | No | Yes |
| 17 | MILENIO | 6.95M | https://www.youtube.com/watch?v=0YWUabPC77Y | https://www.youtube.com/watch?v=XtrShu9Bu7M | Registered | 11-18-22 Lackawanna, NY-Firefighters shoveling to save patient, cars stuck, interstate clos | PA 2-397-322 | BACKUP CLAIMANT | Brandon Clement | No | Yes |
| 18 | MILENIO | 6.95M | https://www.youtube.com/watch?v=5UEMa1bdUXI | https://www.youtube.com/watch?v=U-tgVxSMDlc | Registered | Blizzard of 2022 impacts - Buffalo - Hamburg - Blasdell - drone and ground | PA 2-495-685 | BACKUP CLAIMANT | Brandon Clement | No | No |
| 19 | MILENIO | 6.95M | https://www.youtube.com/watch?v=0YWUabPC77Y | https://www.youtube.com/watch?v=9fvAn20ndDk | Registered | 11-18-22 Hamburg, NY-Snow emergency, cars and semis stranded in feet of snow | PA 2-401-312 | BACKUP CLAIMANT | Brandon Clement | Yes | Yes |
| 20 | MILENIO | 6.95M | https://www.youtube.com/watch?v=0YWUabPC77Y | https://www.youtube.com/watch?v=Es5mZfeiA4Q | Registered | 11-18-22 Hamburg, NY - Drivers Stuck - Travelers stranded in at least 4 FEET of snow SOTS | PA 2-397-898 | BACKUP CLAIMANT | Brandon Clement | No | Yes |
| 21 | MILENIO | 6.95M | https://www.youtube.com/watch?v=0YWUabPC77Y | https://www.youtube.com/watch?v=T3qRtgNaM5o | Registered | 11-19-22 New York Lake Effect Snow | PA 2-401-314 | BACKUP CLAIMANT | Brandon Clement | Yes | Yes |
| 22 | MILENIO | 6.95M | https://www.youtube.com/watch?v=0YWUabPC77Y | https://www.youtube.com/watch?v=0iIlJfdmYA | Registered | 12-25-22 Buffalo Blizzard | PA 2-401-400 | BACKUP CLAIMANT | Brandon Clement | No | Yes |
| 23 | MILENIO | 6.95M | https://www.youtube.com/watch?v=etIHl2Aeww0 | https://www.youtube.com/watch?v=A0aPENEP-6Y | Registered | 6-19-2024 Surfside Beach, TX Drone video of storm surge from PTC 1 | PA 2-496-320 | LSM | Brandon Clement | Yes | Yes |
| 24 | MILENIO | 6,96M | https://www.youtube.com/watch?v=qbDRDweEJgE | https://www.youtube.com/watch?v=YTAjLu-239o | Registered | 8-11-2023 Maui Fire 6 | PA 2-441-800 | Viral DRM | Noah Tomkinson | Yes | Yes |
| 25 | MILENIO | 6,96M | https://www.youtube.com/watch?v=qbDRDweEJgE | https://www.youtube.com/watch?v=YTAjLu-239o | Registered | 8-13-2023 Maui Fire 5 | PA 2-443-165 | Viral DRM | Noah Tomkinson | Yes | Yes |