# Exhibit 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**
## PA 2-489-391
**Effective Date of Registration:**
July 31, 2024
**Registration Decision Date:**
September 12, 2024

## Title

| | |
|---|---|
| **Title of Work:** | 07-08-2024 Sargent Beach, TX - Storm Surge and Damage |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Date of 1st Publication:** | July 08, 2024 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Ronald Brian Emfinger |
| **Author Created:** | entire motion picture |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Ronald Brian Emfinger |
| | 2752 Jessica Place, Fayetteville, AR, 72701, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Ronald Brian Emfinger |
| **Email:** | realclearwx@gmail.com |
| **Telephone:** | (479)213-1761 |
| **Address:** | 2752 Jessica Place |
| | Fayetteville, AR 72701 United States |

## Certification

| | |
|---|---|
| **Name:** | Jennifer Emfinger |
| **Date:** | July 31, 2024 |

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-397-898

**Effective Date of Registration:**
January 31, 2023
**Registration Decision Date:**
February 22, 2023

---

## Title
_____

**Title of Work:** 11-18-22 Hamburg, NY-Drivers stuck, travelers stranded in four feet of snow
SOTs

## Completion/Publication
_____

**Year of Completion:** 2018
**Date of 1st Publication:** November 18, 2022
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Michael Brandon Clement
  **Author Created:** entire motion picture
  **Work made for hire:** No
  **Domiciled in:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Michael Brandon Clement
1315 Carroll Drive, Terry, MI, 39170, United States

## Certification
_____

**Name:** Craig Sanders
**Date:** January 31, 2023

**Registration #:**    PA0002397898
**Service Request #:**    1-12188404711



Craig Sanders
Sanders Law Group
333 Earl Ovington Boulevard, Suite 402
Uniondale, New York 11553 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-401-312

**Effective Date of Registration:**
February 08, 2023
**Registration Decision Date:**
March 14, 2023

---

## Title
_____

Title of Work: 11-18-22 Hamburg, NY-Snow emergency, cars and semis stranded in feet of snow

## Completion/Publication
_____

Year of Completion: 2022
Date of 1st Publication: November 18, 2022
Nation of 1st Publication: United States

## Author
_____

- Author: Michael Brandon Clement
  Author Created: entire motion picture
  Domiciled in: United States

## Copyright Claimant
_____

Copyright Claimant: Michael Brandon Clement
1315 Carroll Drive, Terry, MI, 39170, United States

## Certification
_____

Name: Craig Sanders
Date: February 08, 2023

---

**Registration #:**  PA0002401312
**Service Request #:**  1-12221707728



Craig Sanders
Sanders Law Group
333 Earl Ovington Boulevard, Suite 402
Uniondale, New York 11553 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-397-322

**Effective Date of Registration:**
January 30, 2023
**Registration Decision Date:**
February 17, 2023

---

## Title

**Title of Work:** 11-18-22 Lackawanna, NY-Firefighters shoveling to save patient, cars stuck, interstate closed

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** November 18, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Michael Brandon Clement
  **Author Created:** entire motion picture
  **Work made for hire:** No
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** MIchael Brandon Clement
1315 Carroll Drive, Terry, MI, 39170, United States

## Certification

**Name:** Craig Sanders
**Date:** January 30, 2023

---

Page 1 of 1

**Registration #:**  PA0002397322
**Service Request #:**  1-12184449844



Craig Sanders
Sanders Law Group
333 Earl Ovington Boulevard, Suite 402
Uniondale, New York 11553 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-401-314

**Effective Date of Registration:**
February 08, 2023
**Registration Decision Date:**
March 14, 2023

---

**Title**

    **Title of Work:**    11-19-22 New York Lake Effect Snow

**Completion/Publication**

    **Year of Completion:**  2022
    **Date of 1st Publication:**  November 19, 2022
    **Nation of 1st Publication:**  United States

**Author**

    •     **Author:**  Michael Brandon Clement
    **Author Created:**  entire motion picture
    **Work made for hire:**  No
    **Domiciled in:**  United States

**Copyright Claimant**

    **Copyright Claimant:**  Michael Brandon Clement
    1315 Carroll Drive, Terry, MI, 39170, United States

**Certification**

    **Name:**  Craig Sanders
    **Date:**  February 08, 2023

---

**Registration #:** PA0002401314
**Service Request #:** 1-12219361369



Craig Sanders
Sanders Law Group
333 Earl Ovington Boulevard, Suite 402
Uniondale, New York 11553 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-401-400

**Effective Date of Registration:**
March 03, 2023
**Registration Decision Date:**
March 14, 2023

## Title
_____

| | |
|---|---|
| **Title of Work:** | 12-25-22 Buffalo Blizzard |

## Completion/Publication
_____

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | December 25, 2022 |
| **Nation of 1st Publication:** | United States |

## Author
_____

| | |
|---|---|
| • **Author:** | Michael Brandon Clement |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | No |
| **Domiciled in:** | United States |

## Copyright Claimant
_____

| | |
|---|---|
| **Copyright Claimant:** | Michael Brandon Clement |
| | 1315 Carroll Drive, Terry, MI, 39170, United States |

## Certification
_____

| | |
|---|---|
| **Name:** | Craig Sanders |
| **Date:** | March 03, 2023 |

**Registration #:**  PA0002401400
**Service Request #:**  1-12311656611



Craig Sanders
Sanders Law Group
333 Earl Ovington Boulevard, Suite 402
Uniondale, New York 11553 United States

```
Type of Work:        Motion Picture

Registration Number / Date:
                     PA0002489870 / 2024-08-02

Application Title: Hurricane Beryl Landfall Carriacou raw power 4k - Eye wall
                     of category 4.

Title:               Hurricane Beryl Landfall Carriacou raw power 4k - Eye wall
                     of category 4.

Description:         Electronic file (eService)

Copyright Claimant:
                     Global Weather Productions LLC, Transfer: By written
                     agreement.

Date of Creation:  2024

Date of Publication:
                     2024-07-01

Nation of First Publication:
                     United States

Authorship on Application:
                     Michael Brandon Clement; Citizenship: United States.
                       Authorship: entire motion picture.
                     Jonathan Petramala; Citizenship: United States. Authorship:
                       entire motion picture.

Rights and Permissions:
                     Michael Brandon Clement, brandon@wxchasing.com

Names:               Clement, Michael Brandon
                     Petramala, Jonathan
                     Global Weather Productions LLC
```

================================================================================

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-441-800

**Effective Date of Registration:**
October 18, 2023
**Registration Decision Date:**
November 28, 2023

## Title

| | |
|---|---|
| **Title of Work:** | 8-11-2023 Maui 6 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | August 11, 2023 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| ● **Author:** | Noah Tomkinson |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | No |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Noah Tomkinson |
| | 40 Manienie Road, Makawao, HI, 96768, United States |

## Certification

| | |
|---|---|
| **Name:** | Craig Sanders |
| **Date:** | October 18, 2023 |

Page 1 of 1

**Registration #:** PA0002441800
**Service Request #:** 1-13105373445



Craig Sanders
Sanders Law Group
333 Earl Ovington Boulevard, Suite 402
Uniondale, New York 11553 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-388-966

**Effective Date of Registration:**
November 29, 2022
**Registration Decision Date:**
January 06, 2023

## Title

**Title of Work:** 9.28.2022_Hurricane Ian Florida Coast Surge

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** September 28, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Reed Timmer
  **Author Created:** entire motion picture
  **Work made for hire:** No
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Reed Timmer
23520 Pondview Pl., Golden, CO, 80401, United States

## Certification

**Name:** Craig Sanders
**Date:** November 29, 2022

**Registration #:**  PA0002388966
**Service Request #:**  1-11978037457



Craig Sanders
Sanders Law Group
333 Earl Ovington Boulevard, Suite 402
Uniondale, New York 11553 United States

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Simple Search = PA0002490060
Search Results: Displaying 1 of 1 entries



Labeled View

*Hurricane Beryl Vs. Buc-ee's Sign - Twitter.*

|  |  |
|---|---|
| **Type of Work:** | Entry not found. |
| **Registration Number / Date:** | PA0002490060 / 2024-08-02 |
| **Application Title:** | Hurricane Beryl Vs. Buc-ee's Sign - Twitter. |
| **Title:** | Hurricane Beryl Vs. Buc-ee's Sign - Twitter. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Global Weather Productions LLC, Transfer: By written agreement. Address: 1309 Coffeen Avenue, STE 1200, Sheridan, WY, 82801, United States. |
| **Date of Creation:** | 2024 |
| **Date of Publication:** | 2024-07-08 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Michael Brandon Clement; Citizenship: United States. Authorship: entire motion picture. |
| | Jonathan Petramala; Citizenship: United States. Authorship: entire motion picture. |
| **Rights and Permissions:** | Michael Brandon Clement, brandon@wxchasing.com |
| **Names:** | Clement, Michael Brandon |
| | Petramala, Jonathan |
| | Global Weather Productions LLC |



| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format ⌄   Format for Print/Save |
| Enter your email address: [_____]   Email |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-443-165

**Effective Date of Registration:**
October 26, 2023
**Registration Decision Date:**
December 04, 2023

## Title

**Title of Work:** 8-13-2023 Maui 5

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** August 13, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Noah Tomkinson
  **Author Created:** entire motion picture
  **Work made for hire:** No
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Noah Tomkinson
40 Manienie Road, Makawao, HI, 96768, United States

## Certification

**Name:** Craig Sanders
**Date:** October 26, 2023

Page 1 of 1

**Registration #:**  PA0002443165
**Service Request #:**  1-13135896729



Craig Sanders
Sanders Law Group
333 Earl Ovington Boulevard, Suite 402
Uniondale, New York 11553 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## PA 2-496-320

**Effective Date of Registration:**
September 08, 2024
**Registration Decision Date:**
October 25, 2024

## Title

**Title of Work:**   6-19-2024 Surfside Beach, TX Drone video of storm surge from PTC 1

## Completion/Publication

**Year of Completion:**   2024
**Date of 1st Publication:**   June 19, 2024
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Michael Brandon Clement
  **Author Created:**   entire motion picture
  **Citizen of:**   United States

- **Author:**   Jonathan Petramala
  **Author Created:**   entire motion picture
  **Citizen of:**   United States

## Copyright Claimant

**Copyright Claimant:**   Global Weather Productions LLC
1309 Coffeen Avenue, STE 1200, Sheridan, WY, 82801, United States
**Transfer statement:**   By written agreement

## Rights and Permissions

**Name:**   Michael Brandon Clement
**Email:**   brandon@wxchasing.com

## Certification

Page 1 of 2

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**PA 2-501-173**

**Effective Date of Registration:**
September 26, 2024
**Registration Decision Date:**
November 19, 2024

## Title
_____

**Title of Work:** If you ever want a crash course on what not to do during a *Flash Flood. Just visit Houston, Texas.*

## Completion/Publication
_____

**Year of Completion:** 2024
**Date of 1st Publication:** July 08, 2024
**Nation of 1st Publication:** United States

## Author
_____

**Author:** Aaron Rigsby
**Author Created:** entire motion picture
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Aaron Rigsby
84 Cherry Street #1, North Lewisburg, OH, 43060

## Rights and Permissions
_____

**Name:** Aaron Rigsby
**Email:** ohiostormchasers@yahoo.com

## Certification
_____

**Name:** Jennifer Emfinger
**Date:** September 26, 2024